**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| STATE OF HAWAII; ISMAIL ELSHIKH; JOHN DOES, 1 & 2; MUSLIM ASSOCIATION OF HAWAII, INC., *Plaintiffs-Appellees*, <br><br> v. <br><br> DONALD J. TRUMP, in his official capacity as President of the United States; U.S. DEPARTMENT OF HOMELAND SECURITY; KIRSTJEN M. NIELSEN, in her official capacity as Secretary of Homeland Security; U.S. DEPARTMENT OF STATE; MICHAEL R. POMPEO, in his official capacity as Secretary of State; UNITED STATES OF AMERICA, *Defendants-Appellants.* | No. 17-17168 <br><br> D.C. No. 1:17-cv-00050-DKW-KSC <br><br><br> ORDER |

On Remand From The United States Supreme Court

Filed August 10, 2018

Before: Michael Daly Hawkins, Ronald M. Gould, and Richard A. Paez, Circuit Judges.

Order

## **ORDER**

In light of the Supreme Court's decision in *Trump v. Hawaii*, 138 S.Ct. 2392 (2018), we remand this case to the district court for further proceedings consistent with the Supreme Court's opinion.